USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                 :

JUAN RAMOS and SANTA MUNOZ, individually and  :
on behalf of others similarly situated,
                                                                                 :

                                                                       Plaintiffs,  :        1:21-cv-03936-GHW

                                                                                               :               ORDER

                              -against-                                  :

EL VALLE 3452 RESTAURANT INC., VICTORIA      :
MARINE, JOSE GUERRA, and JOSE LUIS DIAZ,      :

                                                                     Defendants.  :

-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       The Court has received Plaintiff's October 13, 2021 motion to withdraw this case "with prejudice" (the "Motion"). Dkt. No. 33. The Court will hold a conference on the Motion on October 22, 2021 at 11:00 a.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

       SO ORDERED.

Dated: October 14, 2021
New York, New York

                                                            GREGORY H. WOODS
                                                     United States District Judge