USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 10/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                     :
JUAN RAMOS and SANTA MUNOZ, individually and :
on behalf of others similarly situated,                  :
                                                     :            1:21-cv-03936-GHW
                                      Plaintiffs,  :
                                                       :                   ORDER
              -against-                             :
                                                       :
EL VALLE 3452 RESTAURANT INC., VICTORIA    :
MARINE, JOSE GUERRA, and JOSE LUIS DIAZ,  :
                                                       :
                                      Defendants.  :
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       Plaintiffs' October 18, 2021 request to adjourn the conference scheduled for October 22, 2021, Dkt. No. 35, is denied without prejudice. Plaintiffs have failed to follow the Court's Individual Rules of Practice in Civil Cases—specifically, Rule 1(E), which requires, among other things, that all requests for adjournments state whether the adversary consents to the adjournment and include proposed alternative dates. If Plaintiffs wish to renew their request, their request must include the requirements in Rule 1(E).

       SO ORDERED.

Dated: October 19, 2021
New York, New York

                                                            GREGORY N. WOODS
                                                           United States District Judge