UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | |
|---|---|
| JUAN RAMOS and SANTA MUNOZ, individually and on behalf of others similarly situated, | : |
| | : |
| Plaintiffs, | : |
| | : |
| -against- | : |
| | : |
| EL VALLE 3452 RESTAURANT INC., VICTORIA MARINE, JOSE GUERRA, and JOSE LUIS DIAZ, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 10/22/2021

1:21-cv-03936-GHW

ORDER

GREGORY H. WOODS, District Judge:

On October 22, 2021, the Court held a conference to discuss Plaintiff's motion to withdraw this case with prejudice. During that conference, the parties stipulated to dismiss this case without prejudice. Accordingly, this case is dismissed, and Plaintiff's motion to withdraw this case with prejudice, Dkt. No. 33, is denied as moot.

The Clerk of Court is instructed to close this case.

SO ORDERED.

Dated: October 22, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge